IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

WESLEY E. GRISSOM                                              PLAINTIFF

    v.                    Civil No. 07-6024

MARK FRAISER, Chief Public
Defender; CLAY JANSKE,
Deputy Public Defender                                         DEFENDANTS

### ORDER

Now on this 5th day of June 2007, there comes on for consideration the report and recommendation filed herein on May 16, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  (Doc. 6).  Plaintiff filed objections to the report and recommendation, as well as a supplement.  (Docs. 8-9).  The Court has considered both pleadings.

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, this action is dismissed on the grounds that the claims are not cognizable under § 1983.  *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action, or any portion thereof, may be dismissed on such grounds at any time).

IT IS SO ORDERED.

                                          /s/ Robert T. Dawson
                                          Honorable Robert T. Dawson
                                          United States District Judge